IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SOROKO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-6120 |
| ATMOS, INC., ET AL. | : | |

### **O R D E R**

**AND NOW**, this  23rd  day of  September , 2015, upon consideration of Defendant ATMOS, Inc.'s Motion to Dismiss, or in the Alternative, Motion for Summary Judgment as to the Amended Complaint (ECF No. 7), and all memoranda and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant ATMOS, Inc.'s Motion is **GRANTED** in part;

2. Plaintiff shall proceed to arbitration with ATMOS, Inc., conducted in accordance with the 2006 and 2010 Employment Agreements, to resolve the employment claims asserted by Plaintiff;

3. Plaintiff and ATMOS, Inc. shall schedule the arbitration to occur within a reasonable time after entry of this Order.  Counsel for Plaintiffs shall advise this Court in writing regarding the status of this matter immediately upon the resolution of the arbitration proceedings;

4. The Clerk shall place this matter in **CIVIL SUSPENSE** pending resolution of the arbitration between Plaintiff and ATMOS, Inc.

The Clerk shall mark this matter **CLOSED** for statistical purposes.

**IT IS SO ORDERED**.

                                              **BY THE COURT:**

                                              _____

                                              **R. BARCLAY SURRICK, J.**